IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

84 LUMBER COMPANY, L.P.

    PLAINTIFF,

V.            C.A. No. 2:11-cv-00548-LPL

GREGORY MORTIMER BUILDERS and
GREGORY MORTIMER,
    DEFENDANTS.

---

GREGORY D. MORTIMER, GREGORY D.
MORTIMER PROPERTIES, INC. T/D/A
GREGORY MORTIMER BUILDERS and M&M
DEVELOPMENT, LLC,

    COUNTER-PLAINTIFFS,

V.

84 LUMBER COMPANY, L.P.

    COUNTER-DEFENDANT.

## 84 LUMBER COMPANY, L.P.'S UNCONTESTED MOTION TO WITHDRAW AND REPLACE EXHIBITS TO AFFIDAVIT OF BRENDA EALY

  AND NOW, comes the Plaintiff, 84 Lumber Company, L.P. ("84 Lumber"), by and through its attorneys, BUCHANAN INGERSOLL & ROONEY PC, and files the within Uncontested Motion to Withdraw and Replace Exhibits to Affidavit of Brenda Ealy. In support this Motion, 84 Lumber avers as follows:

  1. 84 Lumber filed its Motion to Dismiss Counts I, VII and XI of Gregory Mortimer and Gregory Mortimer Builders' Counterclaim Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b) and the supporting brief ("Motion to Dismiss") on May 26, 2011.

  2. In support of its Motion to Dismiss, 84 Lumber filed the Affidavit of Brenda Ealy attesting to the authenticity and accuracy of certain contract documents at issue in this matter.

3.   Attached to the Ealy Affidavit are eight (8) Exhibits, Exhibits "A" through "H."

4.   Exhibit A to the Ealy Affidavit is Credit Application signed by Gregory Mortimer on May 9, 1997 and received by 84 Lumber Company, L.P. on May 15, 1997.

5.   Exhibit A contains the Social Security Number and bank account numbers of Defendant Gregory Mortimer.

6.   84 Lumber inadvertently filed an unredacted copy of Exhibit A.

7.   Attached hereto is a copy of the Exhibits originally filed with the Ealy Affidavit, including a redacted Exhibit A.

8.   84 Lumber requests this Honorable Court grant the proposed order permitting 84 Lumber to file a redacted version of Exhibit A and remove the unredacted version of Exhibit A from the electronic filing system as well as from the hard-copy of the Court file.

9.   84 Lumber's counsel spoke with counsel for the Defendants and the Defendants do not oppose this motion.

WHEREFORE, 84 Lumber moves this Honorable Court for an Order removing the originally filed Exhibits from the docket, electronic filing system and hard-copy files and replace the removed Exhibits with the attached Exhibits including redacted Exhibit A.

BUCHANAN INGERSOLL & ROONEY PC

By:   /s/ Patrick R. Malone
S. Manoj Jegasothy, Esquire
(Pa. ID No. 80084)
Patrick R. Malone, Esquire
(Pa. ID No. 206479)
20th Floor, One Oxford Centre
Pittsburgh, PA 15219-6498
Telephone: (412) 562-8800
Fax: (412) 562-1041
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 27, 2011, the foregoing **84 LUMBER COMPANY, L.P.'S UNCONTESTED MOTION TO WITHDRAW AND REPLACE EXHIBITS TO AFFIDAVIT OF BRENDA EALY** was served via CM/ECF System o f the United States District Court for the Western District of Pennsylvania upon the following:

James W. Bentz
Amy E. Bentz
The Washington Center Building
680 Washington Road, Suite 200
Pittsburgh, PA 15228

*Counsel for Defendants, Gregory D. Mortimer Properties, Inc.,
t/a Gregory Mortimer Builders,
Gregory D. Mortimer and
M&M Development, LLC*

Date: May 27, 2011                    /s/ Patrick R. Malone